[*526]                     *HOPKINS *against* FLYNN.

A judgment    ON error from the Erie C. P. The judgment of that
on the report
of referees be- court, which was in favor of Flynn, was reversed, on the
ing reversed on sole ground that it appeared of record to have been entered
error, because
it was entered in vacation. The judgment below was upon the report of
in    vacation, referees.
the court be-
low may still    It was now moved that the rule for reversal be so amended,
proceed    and
render a regu- as to allow the court below to proceed, and give a new and
lar   judgment regular judgment upon the report.
upon the re-
port.
   On motion,    *J. L. Tillinghast*, for the motion.
the court of er-
ror   will   so
amend    the     *S. Sherwood*, contra.
general   entry
of reversal as
to allow a new   *Curia.* Let the clerk add to the general entry of rever-
judgment   in
the court be- sal, *nunc pro tunc*, the following words: "and that the de-
low.

fendant in error may apply to the court of common pleas for judgment on the report of the referees."